JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Johnson, | ) CASE NO. EDCV 15-1940-MWF(DTBx) |
| Plaintiff(s), | ) JUDGMENT IN FAVOR OF<br>) DEFENDANTS |
| v. | ) |
| Aetna Life Insurance Company, et al., | ) |
| Defendant(s). | ) |

    The matter came on for a bench trial on January 24, 2017. Pursuant to the Order re Bench Trial and Rule 54 of the Federal Rules of Civil Procedure,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment be entered in favor of Defendants Aetna Life Insurance Company, Federal Express Corporation Short Term Disability Plan, and Federal Express Corporation Long Term Disability Plan, and that Plaintiff Daniel Johnson shall take nothing in this action.

    Defendants shall recover their costs as provided by law.

DATED: March 28, 2017.

_____
MICHAEL W. FITZGERALD
United States District Judge

1